[No. 30003-2-I.    Division One.    April 19, 1993.]

CYNTHIA HAVERFIELD, *Respondent*, v. FOOD CENTER, INC., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 90-2-05514-1, Michael J. Fox, J., entered July

22, 1992. *Affirmed* by unpublished opinion per Baker, J., concurred in by Webster, C.J., and Agid, J.